**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 08-cr-00467-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.     MARTIN ALBERTO DE LA REE-BARRERA,

    Defendant.

## ORDER REGARDING RESPONSE TO SHOW CAUSE

This matter is before the Court following the failure of Defendant de la Ree-Barrera's counsel, Neil E. MacFarland, to appear at the March 12, 2009 motions hearing in the above-referenced matter. The Court issued its Order To Show Cause (Doc. # 94) as to why he should not be held in contempt, to which Mr. MacFarland responded on March 17, 2009 (*see* Doc. # 101). Being fully advised in the premises, the Court hereby

ORDERS that, within the next 10 days, Mr. MacFarland shall contact Legal Officer Ed Butler, in the Court Clerk's office (303-844-2115), and will accept a *pro bono* case to be assigned by Mr. Butler.

DATED: March __19__, 2009

                                      BY THE COURT:

                                      *[signature]*

                                      CHRISTINE M. ARGUELLO
                                      United States District Judge