**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 08-cr-00467-CMA-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.    MARTIN ALBERTO DE LA REE-BARRERA,

    Defendant.

_____

**ORDER SETTING TRIAL DATES**
_____

Pursuant to a telephone conference between counsel and Chambers staff, a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference regarding Defendant de la Ree-Barrera is set for **November 30, 2009 at 1:00 p.m.**, in Courtroom A602 of the Arraj Courthouse.  It is

FURTHER ORDERED that a three-day jury trial regarding Defendant de la Ree-Barrera is set for **December 7, 2009 at 9:00 a.m.**, in Courtroom A602.

DATED:  October __21__, 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge