## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00467-CMA-05

UNITED STATES OF AMERICA,

 Plaintiff,

v.

**5.** **MARTIN ALBERTO DE LA REE-BARRERA,**

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

 This matter is before the Court *sua sponte*. Because of a conflict on this Court's docket, the sentencing for Defendant de la Ree-Barrera, currently set for March 12, 2010 at 10:00 a.m. has been RESET to **March 9, 2010 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse**.**

 DATED:  February 9, 2010